IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JOSE CUNNINGHAM                                                                       PLAINTIFF

v.                       CASE NO. 4:16-CV-00874 BSM

NANCY A. BERRYHILL, Acting Commissioner,
 Social Security Administration                                                       DEFENDANT

## ORDER

The recommended disposition [Doc. No. 12] filed by United States Magistrate Judge Beth Deere has been received. No objections have been filed. After careful review of the record, the recommended disposition is adopted in its entirety. Accordingly, the Commissioner's decision is affirmed, and plaintiff Cunningham's complaint is dismissed with prejudice.

IT IS SO ORDERED this 3rd day of October 2017.

_____
UNITED STATES DISTRICT JUDGE